

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Kerry Bryon Noble and Gayla Renee Noble

No. 06-16-00032-CV

Appeal from the 62nd District Court of Franklin County, Texas (Tr. Ct. No. 11797). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Kerry Bryon Noble, pay all costs of this appeal.

RENDERED NOVEMBER 4, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk